# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-3722, 25-3835, 25-4137, 25-4150, 25-4190, 25-4218

**Case Name** House, et al. v. National Collegiate Athletic Association, et al.

Hearing Location (*city*) San Francisco

Your Name Steven F. Molo

List the sitting dates for the two sitting months you were asked to review:

November 16-20, 2026
December 7-11, 2026

Do you have an irreconcilable conflict on any of the above dates? ◉ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have an irreconcilable conflict on any date between November 16-20, 2026. I am court-appointed lead counsel for the plaintiff class, representing approximately 200,000 class members, in Corzo et al. v. Brown University et al., No. 1:22-cv-00125 (N.D. Ill.). The jury trial in that case is scheduled to begin in Chicago, IL on November 2, 2026, and will continue for at least 20 trial days. I have no irreconcilable conflicts during the December 7-11 2026 sitting. Objectors' counsel and opposing counsel have confirmed their availability in December.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Steven F. Molo **Date** August 3, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*