# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-3722, 25-3835, 25-4137, 25-4150, 25-4190, 25-4218

**Case Name** House, et al. v. National Collegiate Athletic Association, et al.

Hearing Location (*city*) San Francisco

Your Name Steven F. Molo

List the sitting dates for the two sitting months you were asked to review:

December 7-11, 2026
January 11-15, 2027

Do you have an irreconcilable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have an irreconcilable conflict on any date between December 7-11, 2026. I am court-appointed lead counsel for the plaintiff class, representing approximately 200,000 class members, in Corzo et al. v. Brown University et al., No. 1:22-cv-00125 (N.D. Ill.). The court has recently rescheduled the jury trial in that case to begin on November 4, 2026, in Chicago, IL. It will continue for at least 20 trial days, excluding certain dates in and around the Thanksgiving holiday. As a result, the trial is currently scheduled to end on December 8, with the rest of the week reserved for jury deliberation. As lead counsel, I am required to remain in proximity to the courthouse during deliberations. I have no irreconcilable conflicts during the January 11-15, 2027 sitting. Neither objectors' counsel nor opposing counsel have indicated that they have a conflict in January.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Steven F. Molo **Date** August 21, 2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov