# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 25-3722, 25-3835, 25-4137, 25-4150, 25-4190, 25-4218

**Case Name** House, et al. v. National Collegiate Athletic Association, et al.

Hearing Location (*city*) San Francisco

Your Name Steve W. Berman

List the sitting dates for the two sitting months you were asked to review:

December 7-11, 2026
January 11-15, 2027

Do you have an irreconcilable conflict on any of the above dates? ○ Yes ◉ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Appellees object to the two-month delay of a hearing date based on one Appellants irreconcilable conflicts for the November and December 2026 sitting dates. See Dkt. No.112.1 (filed today, asserting unavailable in December); Dkt No. 110.1 (filed on August 3, asserting unavailable in November). Given the importance of the case and considering that potential payments have been delayed for over a year to hundreds of thousands of class members, Appellees have made themselves available for any date offered regardless of conflicts. Appellees oppose delaying this hearing until January 2027.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Steve W. Berman **Date** August 21, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*